OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.


The State of Ohio, Appellee, v. Phelps, Appellant.
The State of Ohio, Appellee, v. Owens, Appellant.
[Cite as State v. Phelps (1994),     Ohio St.3d    .]
Appeals dismissed as improvidently allowed.
     (Nos. 93-452 and 93-468 -- Submitted March 1, 1994 --
Decided             , 1994.)
     Appeals from the Court of Appeals for Hamilton County,
Nos. C-920215 and C-920134.

     Joseph T. Deters, Hamilton County Prosecuting Attorney,
and Ronald W. Springman, Assistant Prosecuting Attorney, for
appellee.
     Becker, Reed, Tilton & Hastings and Howard D. Cade III,
for appellant John Phelps in case No. 93-452.
     Joseph T. Deters, Hamilton County Prosecuting Attorney,
and Christian J. Schaefer, Assistant Prosecuting Attorney, for
appellee in case No. 93-468.
     Sand, Stidham & Bernard and Chuck R. Stidham, for
appellant Robert Owens in case No. 93-468.

     The appeals are dismissed, sua sponte, as having been
improvidently allowed.
     Moyer, C.J., A.W. Sweeney, Douglas, Wright,  Resnick, F.E.
Sweeney and Pfeifer, JJ., concur.